8088

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:25-cr-164 |
| | ) | |
| v. | ) | (18 U.S.C. § 922(g)(1)) |
| | ) | |
| DOUGLAS COBURN | ) | |

**INDICTMENT**

**COUNT ONE**

The grand jury charges:

On or about July 8, 2024, in the Western District of Pennsylvania, the defendant, DOUGLAS COBURN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, Attempted Homicide, Aggravated Assault, and Carrying a Firearm without a License, on or about the April 16, 2015, at the docket number CP-02-CR-0012781-2014, in the Allegheny County Court of Common Pleas, knowingly possessed, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit: a Walther PPS, 9 mm Pistol, Serial No. BA3796, four spent 9 mm casing (Remington & Peters and Federal Cartridge) recovered by the Swissvale Police Department from a vehicle in the area of the 300 block of Hawkins Avenue in Swissvale Pennsylvania, and three rounds of 9 mm ammunition (Remington & Peters and SIG) recovered by the Eastern Regional Mon Valley Police Department from inside the Walther PPS, 9 mm Pistol referred to above.

In violation of Title 18, United States Code, Section 922(g)(1).

FILED

JUN 17 2025

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

**COUNT TWO**

The grand jury further charges:

On or about August 21, 2024, in the Western District of Pennsylvania, the defendant, DOUGLAS COBURN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, Attempted Homicide, Aggravated Assault, and Carrying a Firearm without a License, on or about the April 16, 2015, at the docket number CP-02-CR-0012781-2014, in the Allegheny County Court of Common Pleas, knowingly possessed, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit: Romania-Nova Modul semiautomatic 9 mm pistol, model PAK-9, serial number RONVMB71710518 and twenty-three rounds of 9 mm ammunition manufactured by G.F.L. (Giulio Fiocchiu, Lecco), Tulammo, Hornady, Remington-Peters and PMC (Eldorado Cartridge Corporation), and Speer 9, recovered by the Pennsylvania Attorney General's Office from the Romania-Nova Modul semiautomatic 9 mm pistol referred to above.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The United States hereby gives notice to the defendant charged in Counts One and Two that, upon his conviction of such offenses, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), which requires any person convicted of such offenses to forfeit to the United States of America any and all firearms and ammunition involved in and used in the knowing commission of the offenses, including, but not limited to:

- a Walther PPS, 9 mm Pistol, Serial No. BA3796;
- four spent 9 mm casing (Remington & Peters and Federal Cartridge) recovered by the Swissvale Police Department from a vehicle in the area of the 300 block of Hawkins Avenue in Swissvale Pennsylvania;
- three rounds of 9 mm ammunition (Remington & Peters and SIG) recovered by the Eastern Regional Mon Valley Police Department from inside the Walther PPS, 9 mm Pistol referred to above;
- Romania-Nova Modul semiautomatic 9 mm pistol, model PAK-9, serial number RONVMB71710518; and

- Twenty-three rounds of 9 mm ammunition manufactured by G.F.L. (Giulio Fiocchiu, Lecco), Tulammo, Hornady, Remington-Peters and PMC (Eldorado Cartridge Corporation), and Speer 9 recovered by the Pennsylvania Attorney General's Office from the Romania-Nova Modul semiautomatic 9 mm pistol referred to above.

A True Bill,

FOREPERSON

TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

BRENDAN T. CONWAY
Assistant United States Attorney
PA ID No. 78726