IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS COBURN | Criminal No. 2:25-cr-164 |

ARRAIGNMENT PLEA

Defendant DOUGLAS COBURN

being arraigned, pleads ____________________

in open Court this ______________ day of

__________________ , 20 __________________

________________________________________
(Defendant's Signature)

________________________________________
(Attorney for Defendant)