**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v. Criminal No. 25- 164

DOUGLAS COBURN

CRIMINAL CASE INFORMATION SHEET

Division: Pittsburgh
County in which first offense cited occurred: Allegheny

Related to No. ______ Judge: ______

CATEGORY:
1. ○ Narcotics and Other Controlled Substances (Defs: ○1-2 ○3-9 ○10+)
2. ○ Fraud and Property Offenses (Defs: ○1-2 ○3-9 ○10+)
3. ○ Crimes of Violence
4. ○ Sex Offenses
5. ◉ Firearms and Explosives
6. ○ Immigration
7. ○ All Others

Previous Proceedings before Magistrate Judge: ______
Case No.: ______
*PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE*

Defendant ◉ is in custody ○ is not in custody
Custody is ◉ State ○ Federal Name of Institution: Allegheny County Jail

Defendant ○ is ◉ is not serving a term of Supervised Release
Case No. ______ Judge: ______

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 06/17/2025

*/s/ Brendan T. Conway*
BRENDAN T. CONWAY
Assistant U.S. Attorney
PA ID No. 78726