IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | Criminal No. 2:25-cr-164 | FILED |
| DOUGLAS COBURN | | JUN 17 2025 |

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

**INDICTMENT MEMORANDUM**

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Brendan T. Conway, Assistant United States Attorney for said District, and submits this Indictment Memorandum to the Court:

## I. THE INDICTMENT

The grand jury returned a two-count indictment against the above-named defendant for alleged violations of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| One and Two | Felon in Possession of a Firearm and Ammunition<br>Count One: July 8, 2024<br>Count Two: August 21, 2024 | 18 U.S.C. § 922(g)(1) |

## II. ELEMENTS OF THE OFFENSES

**As to Counts 1 and 2:**

In order for the crime of Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1), to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1. The defendant knowingly possessed the firearm or ammunition described in the Indictment;

2. At the time of the charged act, the defendant had been convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year;

3. At the time of the charged act, the defendant knew that he had been convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year; and

4. The defendant's possession was in or affecting interstate or foreign commerce.

## III. PENALTIES

**As to Counts 1 and 2: Felon in Possession of a Firearm and Ammunition (18 U.S.C. § 922(g)(1)):**

1. A term of imprisonment of not more than fifteen (15) years. However, if it is determined that the defendant has three previous convictions for a violent felony or a serious drug offense, or both, that were committed on occasions different from one another, then pursuant to 18 U.S.C. § 924(e), the term of imprisonment is not less than fifteen (15) years to a maximum of life imprisonment.

2. A fine of not more than $250,000.

3. A term of supervised release of not more than three (3) years (or five (5) years if 18 U.S.C. § 924(e) applies).

## IV. MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100.00 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

## V. RESTITUTION

Not applicable in this case.

## VI. **FORFEITURE**

As set forth in the Indictment, forfeiture may be applicable in this case.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

*/s/ Brendan T. Conway*
BRENDAN T. CONWAY
Assistant U.S. Attorney
PA ID No. 78726