**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS COBURN | Criminal No. 25-164 |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Douglas Coburn, Year of Birth: 1996, Black, Male.

2. Detained by: Allegheny County Jail, 950 Second Ave., Pittsburgh, PA 15219.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 18, United States Code, Section 922(g)(1).

4. Detainee is presently confined in the Allegheny County Jail, Pittsburgh, PA, awaiting disposition of state charges.

5. The above case is set for an Initial Appearance before Judge Kezia O. L. Taylor in Courtroom 7B at Pittsburgh, Pennsylvania on July 17, 2025, at 10:00 a.m., and it shall therefore be necessary for detainee to be present in Courtroom 7B at that time.

*s/ Brendan T. Conway*
BRENDAN T. CONWAY
Assistant U.S. Attorney
PA ID No. 78726

**ORDER**

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby **ORDERED** to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

06/25/2025
DATE

s/Kezia O. L. Taylor
HONORABLE KEZIA O. L. TAYLOR
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney