**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Criminal No. 25-164 |
| | ) | |
| | ) | |
| DOUGLAS COBURN | ) | |

**WAIVER OF DETENTION HEARING**

I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing at a later date.

SIGNATURE OF DEFENDANT

DATE: 7/17/25

COUNSEL FOR DEFENDANT

**ORDER OF DETENTION**

**AND NOW**, this 17th day of July, 2025,

**IT IS HEREBY ORDERED** that the government's request for detention is **GRANTED** without prejudice. Defendant may request a hearing on the government's request for detention at any time, and one will be scheduled.

Kezia O. L. Taylor
United States Magistrate Judge