**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 25-164 |
| | * | |
| DOUGLAS COBURN, | * | |
| | * | |
| Defendant. | * | Hon. William S. Stickman |
| | * | |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT**

TO: Clerk of Court
United States District Court
Western District of Pennsylvania

NOTICE is hereby given that Assistant Federal Public Defender Kaylee Raymer is replacing Kathryn Dyer as counsel for Douglas Coburn in the above-captioned case.

Respectfully submitted:

/s/ *Kaylee Raymer*

Kaylee Raymer
Assistant Federal Public Defender
Federal Public Defender's Office
1001 Liberty Avenue, Suite 1500
Pittsburgh, PA 15222-3714
T: 412.644.6565
F: 412.644.4594
E: Kaylee_Raymer@fd.org